| DIST. | OFF. | DOCKET YR. | DOCKET NUMBER | FILING DATE MO | FILING DATE DAY | FILING DATE YEAR | CNTS | D PTF | DEF | R 23 | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. | DOCKET NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 425 | 2 | 80 | 2418 | 10 | 10 | 80 | 4 | 110 | | 1 | | J 2505 M | 54039 | | 80 | 2418 |

| PLAINTIFFS | DEFENDANTS |
|---|---|
| DANIEL O'CONNOR, BRENDA S. PERKINS, ADMINISTRATRIX OF THE ESTATE OF RICHARD PERKINS, d/b/a MOUNTAIN STATE BALLOON ADVENTURES | URBINE-SIDES INSURANCE COMPANY; AVIATION INSURANCE UNDERWRITERS, INC., A CORPORATION; AND LLOYDS OF LONDON |

**CAUSE**

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

Allege Defendants failed to pay sums to which Plaintiffs are entitled under an insurance policy.

**ATTORNEYS**

| | |
|---|---|
| MARVIN W. MASTERS/ GARY KING<br><br>416 Peoples Building<br>Charleston, WV 25301 | Francis Elek, and Lloyd's underwriters subscribing to cert. of ins. CHAB3049<br>Stephen A. Weber<br>KAY, CASTO & CHANEY<br>P. O. Box 2031<br>Charleston, WV 25327 |

**FILING FEES PAID**

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | DATE | RECEIPT NUMBER | C.D. NUMBER | STATISTICAL CARDS CARD | DATE MAILED |
|---|---|---|---|---|---|
| | 10/10/80 | #88432 | #980451 | JS-5 | |
| | 1/17/83 | #4078 - Notice of Appeal | 100988 | JS-6 | |

DC-111 (Rev. 7/80)

CA 80-2418    DANIEL O'CONNOR, ET AL VS URBINE-SIDES INS. CO., ET AL

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1980 | | |
| Oct. 10 | 1 | Filed: Petition for Removal from Circuit Court of Kanawha County with Exhibit 1 |
| | 2 | Filed: Removal Bond |
| Oct 14 | 3 | Filed: Proof of notice of removal and of filing of petition for removal in State Court |
| Oct 27 | 4 | FILED: Answer to counterclaim |
| Oct 29 | 5 | FILED: Answer of defdt Urbine-Sides Insurance Company |
| Oct 29 | 6 | FILED: Answer of defdt Aviation Insurance Underwriters, Inc. |
| Oct 29 | 7 | FILED: Answer and counterclaim of Lloyds of London |
| Oct 29 | 8 | FILED: First amended answer of Aviation Insurance Underwriters, Inc. |
| Oct 29 | 9 | FILED: First amended answer of Urbine-Sides Insurance Company |
| Oct 30 | 10 | FILED: Defdt's mtn for consolidation with 80-2391 for trial |
| 1981 | | |
| Feb 12 | 11 | ORDER: Motion for consolidation held in abeyance                     Knapp |
| 1982 | | |
| Sep 28 | 12 | ORDER(2505)Status conf. 9/21/82, discovery to be completed and all mtns relating thereto made by 1/17/83, final pretrial 1/17/83 & trial 1/24/83(EOD 9/29/82) cc:atys   amd |
| Oct 14 | 13 | MOTION, of defdts Francis Elek et al, for summary judgment with NOTICE    amd |
| Oct 15 | 14 | MEMORANDUM, of defdts, in support of motion for summary judgment     amd |
| Nov 4 | 15 | NOTICE OF HEARANG, of defdt Elek, on motion for summary judgment on 11/19/82 @ 2:00   amd |
| Nov 5 | 16 | MEMORANDUM, of pltff, in opposition to defdts' motion for summary judgment    amd |
| Nov 17 | 17 | REPLY MEMORANDUM to derdt's memo lf law in rebuttl to pltffs' memo in opp to defdts' motion for summary judgment    amd |
| Nov 17 | 18 | AFFIDAVIT of Daniel P. O'Connor    amd |
| Dec 27 | 19 | MEMORANDUM ORDER(2505)Granting defendant's motion for summary judgment(EOD 1/3/83) cc:atys      CLOSED    amd |
| Dec 27 | 20 | JUDGMENT ORDER(2505)Granting defendant's motion for summary judgment and action dismissed from docket(EOD 1/3/83)    amd |
| 1983 | | |
| Jan 17 | 21 | NOTICE OF APPEAL, by Daniel P. O'Connor and Brenda S. Perkins, from order of the Court entered 12/27/83XXXXXXXXXXXXX    amd |
| Jan 17 | 22 | CERTIFICATE & STATEMENT of pltffs-appellants for designation of record    amd |
| Jan 17 | 23 | COPY 3 of Transcript Purchase Order    amd |
| Aug. 5 | | Transmitted Record on Appeal to USCA    eap |
| 1984 | | |
| Apr 9 | 24 | PER CURIAM, 4th Circuit, Granting of defendant-insurers' motion for summary judgment AFFIRMED by Appeals Court    SEE PAGE TWO (2)    amd |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

FPI-MAR—7-14-80-70M-4398

| PLAINTIFF<br>DANIEL O'CONNOR et al | DEFENDANT<br>URBINE-SIDES INS. CO. et al | DOCKET NO 80-2418<br>PAGE 2 OF ___ PAGES |
|---|---|---|

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1984<br>Apr 30 | 25 | JUDGMENT(WKS) 4th Circuit, Affirming judgment of District Court from which appeal was taken (EOD 5/1/84) | amd |
| Apr 30 | | Record on Appeal in One Volume | amd |
| May 29 | 26 | CORRECTED OPINION from 4th Circuit | amd |